Case 1:21-cv-00454-HYJ-SJB ECF No. 1, PageID.1 Filed 06/03/21 Page 1 of 5

FILED - KZ
June 3, 2021 10:46 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 6/3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Hurtis, L. Murphy
50067533
_____

1:21-cv-454
Hala Y. Jarbou
U.S District Judge
Sally J. Berens
U.S Magistrate Judge

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Charles T. Lasata
Paul Bailey
Corey Burk's     see Attach

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☐  No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
_____

2. Is the action still pending?  Yes ☐  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?  Yes ☐  No ☐

4. Is the appeal still pending?  Yes ☐  No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐  No ☐

   If so, explain: _____

II. **Place of Present Confinement** _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined: Berrien County Jail

-1-

## III. Parties

### A. Plaintiff(s)

*Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.*

Name of Plaintiff __Hurtis Murphy__

Address __1442 Councill Dr.__

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __Corey Burks__
Position or Title __L.T.__
Place of Employment __Berrien County Jail__
Address __919 port st. St. Joseph, MI 49085__
Official and/or personal capacity? __Yes Both__

Name of Defendant #2 __Paul Bailey__
Position or Title __Sheriff of Berrien County Jail__
Place of Employment __Berrien County Jail__
Address __919 port st. St. Joseph, MI 49085__
Official and/or personal capacity? __Yes Both__

Name of Defendant #3 ____
Position or Title __Cheif of Police of S.W.E.T. Team__
Place of Employment ____
Address ____
Official and/or personal capacity? __Yes Both__

Name of Defendant #4 __Marcus Muhammad__
Position or Title __Mayor__
Place of Employment __The City of Benton Harbor__
Address ____
Official and/or personal capacity? __Yes Both__

Name of Defendant #5 __Gretchen Whitmer__
Position or Title __Governor__
Place of Employment __State of Michigan__
Address ____
Official and/or personal capacity? __Yes Both__

## IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of *other persons involved*, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of *related claims*, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Grant a monatary value for each Day extra I Served Bring undo Hardship to my family & Kid's also Have the courts & Jail create A Better line of communictions between Each other so mis Calulation are seen more Quicher. So united states citizens are not losen our Freedom. Pay my Attorney Fee's, also Grant me Hardship fund for Both me & my family whom suffer from this Action loss wages from work.

All Totaling ($3.8 million Dollars) Plus Attorney Fee's & litigation cost.

Grant $3.8 million Dollars to Plaintiff

Mr. Hurtis Murphy

5-23-21

(Last Revised: June 2013)

V. Relief

State briefly and precisely what you want the court to do for you.

Grant A monatary value for Each "Day" Extra I served. Bring undo Hardship to my Family & kid's. also the courts & Jail create Better line of communications Between us. & Pay my Attorney Fee's also Grant Both me & my family for suffer from this. loss wages. all Totaling ($3.8 million Dollars) Plus Attorney Fee's & litigation Cost.

5-23-21
Date

Kurtis Murphy
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

NAME _____

LOCATION _____

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

POSTAGE DUE .50 ¢




FOREVER / USA

office of the clerk
united states District court
107 Federal Building
410 w. michigan Avenue
Kalamazoo, michigan 49007